# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

RONNIE L. GROSS,

  Plaintiff,

v.

HARPETH FINANCIAL SERVICES, LLC
d/b/a ADVANCE FINANCIAL,

  Defendant.

Case No. 1:21-cv-00005-SNLJ

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, RONNIE L. GROSS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, HARPETH FINANCIAL SERVICES, LLC d/b/a ADVANCE FINANCIAL, without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: March 19, 2021

Respectfully submitted,

**RONNIE L. GROSS**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com